# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NICOLE SULLIVAN,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No: 6:12-cv-996-Orl-22TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on the Motion to Proceed In Forma Pauperis (Doc. No. 2) filed on June 29, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED without prejudice.

After an independent *de novo* review of the record in this matter, including the objections filed by the Nicole Sullivan, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 6, 2012 (Doc. No. 5), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion to Proceed In Forma Pauperis is hereby DENIED without prejudice.

3. Within thirty (30) days of the date of this Order Plaintiff shall submit a Renewed Motion to Proceed In Forma Pauperis with a complete showing of her pertinent information sufficient to evaluate her financial situation.

**DONE** and **ORDERED** in Orlando, Florida on July 24, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties