UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICOLE SULLIVAN,

    Plaintiff,

v.   Case No. 6:12-cv-996-Orl-22DAB

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____

## REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Affidavit of Indigency (Doc. 14) which the Court construes as her second motion to proceed in forma pauperis. Plaintiff's first motion was referred to the Magistrate Judge who recommended it be denied without prejudice because Plaintiff's affidavit was incomplete. (Doc. 5). Plaintiff filed an Objection to the Report in which her lawyer promised that "[t]he undersigned will ensure that any application presented to the court will contain a complete showing of Plaintiff's pertinent information sufficient to evaluate her financial situation." (Doc. 8). The Court overruled the Objection, adopted the Report and Recommendation, and gave Plaintiff 30 days to renew her motion "with a complete showing of her pertinent information sufficient to evaluate her financial situation." (Doc. 9).

Plaintiff's renewed affidavit still appears incomplete. In Section IV, she reports two dependents but she lists only her mother for whom she says she contributes no support. In Section V, after making no mention of children, she identifies herself as a stay at home mother and wife. Section V asks for information concerning Plaintiff's last employer. Here, she does not name any employer but says she earned $125 per

week in "food prep."  In her original application Plaintiff did not list any debts, in her current application she says the family owes back rent to their landlord and unknown amounts to Deland Hospital and Fish Memorial Hospital.  Thus, while Plaintiff may qualify for in forma pauperis status, it is apparent that she still has not provided a complete picture of her financial situation.  Accordingly, it is respectfully recommended that Plaintiff's motion be denied, without prejudice to renewal, upon a complete showing of her pertinent information sufficient to evaluate her financial situation.

Failure to file written objections to the proposed findings and recommendation contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 9, 2012.

THOMAS B. SMITH
United States Magistrate Judge


Copies to:

Presiding District Judge
All Counsel