# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NICOLE SULLIVAN,**

      **Plaintiff,**

v.                                                                               Case No:  6:12-cv-996-Orl-22TBS

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause comes before the Court on Plaintiff's Second Motion to Proceed In Forma Pauperis (Doc. No. 14). The Court has conducted a de novo review and has determined that the Plaintiff is a pauper and entitled to proceed with the Complaint without prepayment of a filing fee.

Based on the foregoing, it is ordered as follows:

1. The Second Motion to Proceed In Forma Pauperis (Doc. No. 14) is GRANTED.

2. The Clerk is directed to mail summonses and Marshal 285 forms to the Plaintiff for completion and return to the Court within fifteen (15) days of mailing. The Clerk is directed to provide the completed forms to the United States Marshal. Upon receipt of the completed forms, **the United States Marshal is directed to serve them upon the Defendant(s) without cost to Plaintiff.**

3. The Clerk is directed to terminate the pending Report and Recommendation (Doc. No. 15).

- 2 -

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 10, 2012.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties