**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NICOLE SULLIVAN,**

        **Plaintiff,**

**-vs-**                                                      **Case No. 6:12-cv-996-Orl-22TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

**ORDER**

This cause is before the Court for consideration of the Magistrate Judge's Report and Recommendation (Doc. No. 28), filed on August 14, 2013. Therein, the Magistrate Judge recommends that the Commissioner's final decision denying Plaintiff's claim for social security benefits be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. Therefore, it is **ordered** as follows:

1. The Report and Recommendation (Doc. No. 28), filed on August 14, 2013, is **adopted** and **confirmed** and made a part of this Order.

2. The Commissioner's final decision is **affirmed**.

   3. The Clerk shall enter a final judgment providing that the Commissioner's final decision is affirmed.

   4. The Clerk shall close this case.

**Done** and **Ordered** in Chambers, in Orlando, Florida on September 4, 2013.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge